UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES WESLEY FLETCHER,

    Plaintiff,

v.

UNKNOWN BRADFORD, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1160

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Bradford filed a Motion for Partial Dismissal on Grounds of Qualified Immunity (ECF No. 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 10, 2019, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Dismissal on Grounds of Qualified Immunity (ECF No. 17) is GRANTED.

Dated: July 9, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge